No. 92–6449. DAVIS v. RUNYON, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6469. MCGLORY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6518. WILSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 92–6551. ISLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6714. HINOJOSA v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–6767. CLARK v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 92–6805. DILLARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6811. GREER ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6826. WILLIAMS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 92–6855. RUDDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7008. WALLACE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7128. DANIELS v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 92–7130. SIMMONS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–7131. STANLEY v. JONES, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.